```
 0 . *

9 . 3 7 +          UNCLAIMED FUNDS


9 . 3 7 *
```

, 2010


07-62118   BETH A ARNOLD
           CREDITOR DID NOT CASH CHECK
           CHECK #413750 FOR $9.37
           NAVASTAR MORTGAGE
           8140 WARD PKWY STE 300
           KANSAS CITY, MO  64114-2039

FILED 2010 FEB -3 AM 11:45 CLERK U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CANTON

```
UNITED STATES
BANKRUPTCY COURT

  Northern District of Ohio
       Canton Division

R1 - 00060503 - SESHE

   February 03, 2010 11:45:55

Code     Case #    Qty      Amount
UF - UNCLAIMED FUNDS
       07-62118    1@       $9.37CK
  Debtor - ARNOLD

TOTAL  -          $9.37
TEND   -           9.37
CHANGE -           0.00


FROM: TOBY L ROSEN
      121 CLEVELAND AVE SW
      CANTON  OH  44702
      330-455-2222
```